Exhibit A

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDITH BARNETT, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 04-1245 (BJR) |
| PA CONSULTING GROUP, INC., | ) Trial: March 12, 2014 |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Judith Barnett and Defendant PA Consulting Group, Inc. (collectively "Parties"), by and through their respective attorneys of record hereby stipulate to the dismissal of this action in its entirety, with prejudice. The Parties shall each bear their own costs and attorneys' fees incurred in this matter.

_____
Richard A. Salzman (#422497)
Douglas B. Huron (#89326)
Katherine Wallat
HELLER, HURON, CHERTKOF,
LERNER, SIMON & SALZMAN
1730 M Street, NW, Suite 412
Washington, DC 20036
Phone: (202) 293-8090

*Counsel for Plaintiff, Judith Barnett*

_____
Elizabeth A. Lalik (#447052)
Lindsey H. McGinnis

Littler Mendelson
1650 Tysons Blvd., Suite 700
McLean, Virginia 22102
Phone: (703) 286-3131

*Counsel for Defendant, PA Consulting Group, Inc.*